GOTTLIEB WEBER, Respondent, *v.* NATHAN MANNE, Appellant.

(Argued March 15, 1887; decided March 25, 1887.)

*Richard M. Henry* for appellant.

*Abram Kling* for respondent.

Agree to reverse order of General Term, and to affirm that of Special Term.

All concur; no opinion.

Ordered accordingly.